AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>German de Jesus VENTURA; ~~Kerlin Esau ESQUIVEL-Fuentes; Luis Alberto REYES; Isidro JIMENEZ-Sanchez; and Wibert Alejandro HERRERA-Aranda~~<br>Defendant(s) | ) ) ) ) ) )   Case No.  10-4398 BPG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2008 to the present__ in the county of __Talbot and Anne Arundel__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 2421 | Knowingly transporting or aiding and abetting in or attempting to transport, any individual in interstate commerce, with intent that such individual engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:
See Affidavit attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Edward J. Kelly, Special Agent, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: 11-15-10

_____
Judge's signature

City and state: Baltimore, Maryland

BETH P. GESNER, U.S. Magistrate Judge
Printed name and title